RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 DEC 30  A 10: 2~

DEBRA P. HAL~~~~~
U.S. DISTRICT C~~~~
MICHAEL JOHNSON  AIS#146037
Full name and prison number
of plaintiff(s)

v.

CAPTAIN JEFFERY KNOX

OFFICER MUNCHIE KEATON, COI

_____

_____

_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

)
)
)
)
)
)
)
)      CIVIL ACTION NO. 2:05CV1238-F
)      (To be supplied by Clerk of
)       U.S. District Court)
)
)
)
)
)
)
)
)
)
)
)
)

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES (   )  NO (xxx)

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES (   )  NO (xxx)

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.) N/A

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____

               _____

               Defendant(s) _____

               _____

          2.   Court (if federal court, name the district; if
               state court, name the county) _____

               _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example:  Was the case dismissed? Was it appealed?  Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Easterling Correctional facility

200 Wallace Drive, Clio, Alabama 36017

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Easterling

_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                ADDRESS

1. Captain Jeffery Knox 200 Wallace Drive Clio, Alabama 36017

2. Officer Munchie Keaton, COI 200 Wallace Dr. Clio, Al. 36017

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

December 8, 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: See attachment complaint

_____

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as
best you can the time, place and manner and person involved.)

_____

_____

_____

_____

_____

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

3

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

See attached complaint; thus, relief this Court deems proper and just.

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ___27 December 2005___.
(Date)

Signature of plaintiff(s)

4