RECEIVED
2005 DEC 30 A 10: 29
DEBRA P. ...
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

MICHAEL JOHNSON,  :
AIS# 146037,
 :
    Plaintiff,
 :
 :
vs.     CIVIL ACTION NO. : 2:05CV1238-F
 :
 :
OFFICER MUNCHIE KEATON, COI
AND CAPTAIN JEFFERY KNOX,  :

    Defendant.

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

    Pursuant to Federal Rules of Civil Procedure, Rule 65(a), plainitff, Michael Johnson, moves respectfully this Honorable Court for a Preliminary Injunction for the reasons set forth below and in his supporting memorandum of law:

    (1) There is a reasonable likelihood that Plaintiff will prevail on the merits. Defendants retaliatory measures will continue which will result in a substantial risk of serious harm, in violation of Plaintiff's and others' rights under the United States constituion.

    (2) There is a substantial threat of irreparable harm if the injunction is not granted. Inmates risk future lost of their legal cases and remedies, which would procedurally bar further

Legal Remedies.

(3) Any harm to Plaintiff and others outweighs the proposed harm the junction may cause defendants, whereas the plaintiff has a clear right to not be retaliated against for his assistance of other inmates.

(4) The public interest will not be disserved by a grant of a preliminary injunction, to the contrary, the public interest is well served by protecting the constitutional rights of all it's members.

Wherefore, Plaintiffs request that upon consideration of this motion and their supporting memorandun of law, this court order defendants, their successors, agents, employees, and all other persons acting in concert with them to provide plaintiff and other inmates their first amendment rights to assist each other in legal matters without fear of retaliation and confiscation of their legal material.

Respectfully submitted this 27th day of December, 20 05.

_____
Michael Johnson