Form N9XXL

# SERVICE AGREEMENT

This Service Agreement is presented to _____,
the benefactor, whose AIS # is _____.

I hereby acknowledge that I have received legal services or legal research assistance from the Law Library Inmate Clerk/Legal Aide _____, on this the _____ day of _____, 199___, and that this service was provided free of charge, without any coerced or voluntary exchange(s) in cash or in-kind (such as exchange(s) for contraband, food, illicit conduct, personal property or other acts or favors).

**Nature of Service**

_____
_____
_____

I do hereby certify upon my signature that I have read the above and have freely signed this agreement. I also understand that no representation is made as to the quality of legal services to be performed or the expertise of the inmate law clerk to perform such services.

_____          _____
    Inmate Law Clerk                              Benefactor

Date: _____

                                          Verified by:

                                          _____
                                          Law Library Supervisor

                                          _____
                                          Institution

                                          _____
                                          Date

cc: File
    Law Library Supervisor