RECEIVED
2006 JAN 25 A 9:27

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL JOHNSON, #146037, | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) CIVIL ACTION NO. |
| | ) 05CV-1238-MEF |
| | ) [WO] |
| MUNCHIE KEATON, et al., | ) |
| DEFENDANT. | ) |

### REQUEST FOR EXTENSION OF TIME
### TO PAY INITIAL PARTIAL FILING FEEE

COMES NOW the Plaintiff, Michael Johnson, by and through himself in the above entitled cause and moves this Court, pursuant to the Court's Order of January 6, 2006, to request an extension of time to pay initial partial filing fee. The plaintiff states in support the following:

This Court has ordered the plaintiff to pay an initial partial filing fee of $33.47, by January 25, 2006. Plaintiff hereby request an additional 14 days from the 25th of January, 2006, in order to pay the initial filing fee.

Wherefore, the premises considered the plaintiff prays this Court grant this motion in all respects.

Respectfully submitted,

*Michael Johnson* (signature)

Michael Johnson
146037
200 Wallace Drive (ECF)
Clio, Alabama  36017-2615

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Legal Division of the Alabama Department of Correction, at 301 South Ripley Street, Montogmery, Alabama 36130, by placing a copy of the same in the Prison mail room, for United States Mail, postage prepaid on this 18th day of January, 2006.

*Michael Johnson* (signature)
Michael Johnson

-2-