## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Munchie Keaton
   Officer CO I
   East. Corr. Fac.
   200 Wallace Dr.
   Clio, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): [name]
C. Date of Delivery: 1-30-06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

05-1238-WKW
proc + cmp

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0005 4584 7146

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jeffery Knox
   East. Corr. Fac.
   200 Wallace Dr.
   Clio, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): [name]
C. Date of Delivery: 1-30-06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

2:05CV1238-WKW
proc order + cmp

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0005 4584 7153

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540