IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL JOHNSON, #146037, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-1238-WKW |
| ) | (WO) |
| MUNCHIE KEATON, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On January 6, 2006, the Magistrate Judge filed a Recommendation (Doc. # 6) in this case, finding that the plaintiff's motion for a preliminary injunction is due to be denied. The plaintiff filed an objection on January 19, 2006 (Doc. # 8).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's Motion for Preliminary Injunction (Doc. # 3) is DENIED.

DONE this the 9th day of February, 2006.


                                          /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE