IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
MICHAEL A. JOHNSON, #146037    )
                               )
     Plaintiff,                )
                               )
Vs.                            )    CIVIL ACTION NO.2:05-CV-1238-WKW
                               )
MUNCHIE KEATON, et.al.         )
                               )
     Defendants.               )
```

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Munchie Keeton, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Munchie Keeton and I am presently employed as a Correctional Officer I, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

On December 8, 2005, at approximately 3:00 PM, I received instructions from Lt. D.C. Wilson to shake down inmate Michael A. Johnson, B/146037 and to confiscate any legal work in inmate Johnson's possession that was not his own. At that time, inmate Johnson was in the Law Library where he worked as a clerk. I entered the Law Library and conducted a shakedown on inmate Johnson's work area, confiscating several legal documents belonging to other inmates both past and presently assigned to Easterling Correctional Facility.


EXHIBIT 2

Affidavit-Munchie Keeton
Civil Action No.2:05-CV-1238-WKW
Page 2

    I escorted inmate Johnson to the Shift Office, secured the legal work inside the Shift Office, returned to the lobby where inmate Johnson was waiting, and escorted him to his living area, 7A-96. A shakedown was conducted on inmate Johnson's living area. No contraband was found.

    At approximately 4:00 PM, I received instructions from Lt. Wilson to take the contraband to Captain Jeffery Knox, and to escort inmate Johnson to his office. I complied.

    In reference to page 4 of 14, paragraph #1: Inmate Johnson was present during both shakedowns. In reference to page 11 of 14, count #1: I had nothing to do with inmate Johnson being placed in 6A (Hot Dorm).

                                 *Munchie Keeton*
                                   Munchie Keeton

SWORN TO AND SUBSCRIBED TO before me this the 9th day of February, 2006.

                                        *Linda E. Deal*
                                        NOTARY PUBLIC

My Commission Expires: 7-15-07