IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL A. JOHNSON, #146037    )
                                )
     Plaintiff,            )
                                )
Vs.                          )     CIVIL ACTION NO.2:05-CV-1238-WKW
                                )
MUNCHIE KEATON, et.al.    )
                                )
     Defendants.         )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Jeffery Knox, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Jeffery Knox and I am presently employed as a Correctional Officer Supervisor II, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

## ADDITION TO PREVIOUS AFFIDAVIT

Inmate Michael Johnson was placed in the Restricted Privilege Dorm pending a further investigation to determine if inmate Johnson violated Rule #64 – Possession of Contraband. I was authorized to place inmate Johnson in the Restricted Privilege Dorm as listed in Easterling Correctional Facility Standard Operating Procedure D-47, Section IV – A.5 and B.3 (Exb. #1).

                                 Jeffery Knox, COSII

PENGAD Bayonne, N.J.

EXHIBIT
4

Affidavit-Jeffery Knox
Civil Action No.2:05-CV-1238-WKW
Page 2


SWORN TO AND SUBSCRIBED TO before me this the _28th_ day of

_February_, 2006.

_Linda E. Teal_
NOTARY PUBLIC

My Commission Expires: _7-15-07_

```
EASTERLING CORRECTIONAL FACILITY                           D - 47
STANDARD OPERATING PROCEDURE        OPR: SHIFT COMMANDER/SEG COMMANDER
ACA:  4061
```

### RESTRICTED PRIVILEGE DORM

**I.    PURPOSE:**

    A.    To identify the characteristics of the inmates to be housed in the "Hot Dorm".

    B.    To establish procedures for placing an inmate in the "Hot Dorm".

    C.    To annotate the restrictions of the "Hot Dorm".

    D.    To define the objective and purpose of the "Hot Dorm".

**II.   RESPONSIBILITIES:**

    A.    Shift security staff is responsible for maintaining proper security.

    B.    Unit Manager is responsible for maintaining records, files, etc., on admission and terminating dates in addition to assisting with security.

**III.  OBJECTIVE:**

    1.    To isolate drug positive and disciplinary inmates from the general inmate population.

    2.    To reduce overcrowding the segregation unit.

    3.    To provide a mechanism by which an inmate can gradually earn his way back into the general inmate population.

**IV.   PROCEDURES:**

    A.    The Hot Dorm is established to house the following inmates:

    1.    Inmates identified as drug positive or "Hot".

        a.    Those caught smoking or in possession of tobacco products.

        b.    Those testing positive for any type of drugs.

        c.    Those caught drinking or in possession of drug paraphernalia or alcoholic beverages, i.e., julep, etc.

D - 47
Page 2

    2.    Inmates released from segregation before their disciplinary time is up.

        a.    Balance of their segregation time to be spent in the "Hot Dorm".

    3.    Inmates who have received a disciplinary or citation sanctioning them to the "Hot Dorm".

        a.    90 days will normally be the maximum length of time sentenced to the "Hot Dorm" on any single infraction.

        b.    Non violent offenses normally and some minor violations.

    4.    Inmates receiving four (4) or more citations in a twelve month period.

    5.    Inmates who are under investigation for a rule infraction and are assigned to the "Hot Dorm" until the investigation is completed.

B.    Inmates will be placed in the "Hot Dorm" through the following:

    1.    Disciplinary action by hearing officer.

    2.    Segregation Review Board

    3.    Segregation Commander/Shift Commander with the approval of the Captain or above.

C.    The following rules will apply to the "Hot Dorm".

    1.    Inmates from the "Hot Dorm" who attempt to enter the dining hall without a proper shave will be stopped, presented a sack lunch, and escorted back to the "Hot Dorm". A Behavior citation will be initiated against those inmates for violation of rule #85 – <u>Violation of Institutional Rules and Regulations</u>. The accompanying incident reports should provide documentation as to whether the inmate accepted or refused the sack lunch.

    2.    Will not eat with other dormitories.

    3.    A once a month review by the Segregation Commander.

D - 47
Page 3

4.   Limited TV (5:30 PM - 10:30 PM weekdays), checkers, chess or other games - all including optional weekend TV, at the discretion of the Shift Commander.

5.   No store, telephone, or visiting privileges.

6.   Will not wear ID bracelet (6B Blue).

7.   Will be escorted to pill call.

8.   Forty-five (45) minutes yard time.

9.   Three meals per day as in population.

10.  Attend cessation classes as scheduled.

11.  Access to law library and other books as deemed appropriate by the Administration. Books to be distributed by law library officer, Seg Commander, or Administrative Security Officer for 6 dorm twice per week.

12.  Possibility of moving to population earlier than originally scheduled with good behavior - no citations or disciplinaries while housed in the Hot Dorm.

13.  Everyone on bed at 10:30 PM.

14.  Laundry will be delivered to dorm.

15.  Occasionally inmates may be required to remain in the Hot Dorm after their scheduled date of release to population due to lack of bed space in population. In such instances, every effort should be made to release the inmates to population as soon as possible.

## V.   SECURITY

A.   In addition to the cubicle officer, as rule two (2) rovers should be present in the Hot Dorm at all times.

B.   One rover should be roving each side on a continual basis.

C.   The second rover should rove from the Hot Dorm to the adjacent dorm, spending more time on the "Hot Dorm" side.

D.   The cubicle officer and each rover should be equipped with a hand held radio and baton.

D – 47
Page 4

    E.    At least two rovers should be in the "Hot Dorm" at all times, even when there is a shortage of officers.

    F.    A shift supervisor should visit the "Hot Dorm" at least twice during the shift.

**VI.  ADMINISTRATION:**

    A.    An Administrative officer will be designated to help keep the paperwork involved in keeping track of time frames, offenses, etc.

    B.    The Administrative Officer can provide security during pill call, etc., or whenever needed.

_____
WARDEN'S SIGNATURE            DATE