IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL JOHNSON,                )
    PLAINTIFF,               )
                                  )
VS.                             ) 2:05-CV-1238-WKW
                                  )
MUNCHIE KEATON, ET AL.,         )
    DEFENDANTS.              )

## EXHIBITS OF THE PLAINTIFF

1. Plaintiff's Exhibit A - Statement of Christopher Jordan

2. Plaintiff's Exhibit B - Statement of Joe Rudolph

3. Plaintiff's Exhibit C - Hor Dorm Assignment Notification

4. Plaintiff's Exhibit D - Statement of Donald Grier

5. Plaintiff's Exhibit E - Request to Warden

6. Plaintiff's Exhibit F - Findings for request for legal assistance

7. Plaintiff's Exhibit G - Notice of information returned legal documents.

8. Plaintiff's Exhibit J - Statement of Michael Johnson

_____
Michael Johnson