Declaration under penalty of perjury of Christopher Jordan, AIS# 205988, being competent to make this declaration and having personal knowledge of the matters stated herein, declare pursuant to 28 U. S. C. section 1746:

(1) that on or about December 8-11, 2006, I was questioned by Sgt. Logan, COII, at that time a second shift supervisor, as to whether Inmate Michael johnson had been doing legal work for me. I stated that he had not. However, it was then asked why my legal papers were in the law library. I instructed Sgt. Logan, that those papers had been there since I worked in the law library, I just never got them.

(2) Sgt. Logan returned my legal papers to me.

Pursuant to 28 U.S.C. section 1746, I Christopher Jordan declare under penalty of perjury that the foregoing is true and correct. Executed on the 21th day of February, 2006.

*Christopher Jordan 205988*
Christopher Jordan