Declaration under penalty of perjury of Joe Rudolph, AIS# 188324, being competent to make this declaration and having personal knowledge of the matters stated herein, declare pursuant to 28 U.S.C. section 1746:

(1) that on or about December 8-10, 2006, I was interrogated (questioned) by Lt. Wilson, COSI (Second Shift Commander), concerning legal work belonging to me which was confiscated in the law library. I was questioned about whether Inmate Michael Johnson charged me for preparing legal documents.

(2) I instructed Lt. Wilson, that I had asked Inmate Johnson to aide me because he was the law library clerk. He told me that anytime during my yard or gym call he could bring my documents. He ran out of time on my yard, and said he would read them and give me an accessment as to what I might be able to do. Inmate Johnson did not charge me, nor did he ask for anything for helping me.

Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on the 17th day of February, 2006.

Joe Rudolph