## EASTERLING CORRECTIONAL FACILITY
## HOT DORM ASSIGNMENT NOTIFICATION

6A-20

Inmate: Michael Johnson     R/S: B/M     AIS#: 146037     was placed

in the Hot Dorm by: Lt. D.C. Wilson     on: 12/11/05

for R/V: #64-Possession of Contraband

Circumstances are: You, Inmate Michael Johnson, B/146037, did have several other inmates legal work in your work area in the Law Library. Per Captain Knox you did not have permission to do legal work for other inmates.

CHECK APPROPRIATE BOXES BELOW:

( ) Pending Investigation
(X) Pending Citation/Disciplinary
( ) To Complete Sanctions

Inmate: Michael Johnson
(X) Was Allowed a Phone Call
( ) Was Not Allowed a Phone Call

_____     / 12/11/05
Shift Supervisor's Signature     Date

Officer Munchie Keeton
Arresting Officer

_Michael Johnson_ 146037     / 12/11/05
Inmate's Signature and AIS#     Date

DISTRIBUTION:   ORIGINAL to Segregation Commander
Warden
Assistant Warden
Captain
Inmate