Declaration under penalty of perjury of __Donald Grier AIS# 182885__, being competent to make this declaration and having personal knowledge of the matters stated therein, declare pursuant to 28 U. S. C. section 1746:

(1) that on or around December 8-11, 2006, I learned that my legal documents had been confiscated from the law library. No one contacted me concerning my documents until I was called to the library and told my documents were sent back to the Shift Office and I received them from the library clerk.

(2) I seeked the assistance of Inmate Michael Johnson, because he is the law clerk in the Law library. He has never charged or attempted to charge me for legal assistance.

Pursuant to 28 U. S. C. section 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on __February 28, 2006__, 2006.

*Donald Grier*
Donald Grier