DEC 16 2005

PLAINTIFF'S EXHIBIT E

To: Warden II C. Davenport
Easterling Corr. Facility

From: Inmate Michael Johnson
AIS # 146037  6A

RE: Citation - #64 Possession of Contraband (Legal Work in the Law Library)

This is to inform you that on Dec. 15, 2005, I signed a citation for having legal work in the library for other inmates. I informed Lt. Wilson, at the time of being served that any work performed had been properly approved on the ADOC forms (Inmate Service Agreements) and approved by the library supervisor.

Lt. Wilson advised me to inform the Warden prior to the approval/disapproval of the citation. However, Lt. Wilson indicated that I was suppose to see Warden Mosley on Friday, Dec. 16, 2005. However, I wanted to provide you with the information in case the citation came to you for review.

Thank you for your consideration of this matter.

Michael Johnson
146037

No consideration given
C. Davenport
12/16/05