RESPONSE TO REQUEST FOR LEGAL ASSISTANCE

FROM      : INMATE MICHAEL JOHNSON AIS# 146037
            Law Library Clerk

TO        : WARDEN III, G. C. MOSLEY
            EASTERLING CORRECTIONAL FACILITY

RE        : INMATE HENRY JEROME FORD AIS# 192569

In reference to the request by Inmate Henry Ford, for legal assistance the following is discovered:

On or about April 16, 1998, Ford entered a plea of guilty, as a result of a plea bargain agreement, for a lesser included offense of murder, (manslaughter), as a result of a vehical homicide. The Jefferson County Circuit Court sentenced Ford to 20 years.

Notice of Appeal was rendered on May 12, 1997, and on July 31, 1997, appointed an Attorney to represent him on the appeal. Ford was dis-satisfied with his attorney and on two occasions requested for the Attorney to withdraw. Both motions of counsel was denied by the Court of Criminal Appeals, and the court affirmed the conviction and sentence.

A post conviction remedy was filed by Ford, pursuant to Rule 32 Alabama Rules of Criminal Procedure, and the trial court appointed Attorney Kelvin L. Davis, to represent Ford at the hearing. The trial court denied the post-conviction remedy on January 29, 1999. Ford appeal the ruling.

Ford has presented a pro se Brief and Argument, which is said to have been prepared by inmate assistance for the appeal in the Court of Criminal Appeals, which the disposition is

pending, however, it does not appear that the likelihood of success will prevail. After a careful review, Mr. Ford's claims are procedurally barred.

In addition to this pending matter, Ford has filed an out of place "Petition for Writ of Habeas Corpus", and also has pending a "Federal Writ of Habeas Corpus", which also is without merit, and in conflict with section § 6-5-440 Code of Ala., which states: "No plaintiff is entitled to prosecute two actions in the courts of this state at the same time for the same cause and against the same party. In such a case, the defendant may require the plaintiff to elect which he will prosecute, if commenced simultaneously, and the pendency of the former is a good defense to the latter if commenced at different times." The Courts in this state, include the federal courts within Alabama. Ex parte Myer, 595 So.2d 890 (Ala. 1992).

Mr. Ford has had a total of at least four (4) different licensed attorneys, all of which he was dis-satisfied with. Mr. Ford will continue to be given the legal assistance to ensure he receives access-to-the Courts, however, it does not appear that he will received the result he seeks.

Dated: 30 Janaury 2001

Michael Johnson