PLAINTIFF'S EXHIBIT G

23 December 2005

On December 23, 2005, the following legal documents was picked up from the Captain's Office and returned to the law library:

(1) Patrick Lamar Davison    AIS# 186097

(2) Orrin Marable            AIS# 115507

(3) Michael S. Withrow       AIS# 162976 (EOS)

(4) Jeremy Satterwhite       AIS# 000000 (Transferred)

These are part of the documents confiscated on December 8, 2005.

cc: file