IN THE UNTIED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL JOHNSON, <br>     AIS# 146037, <br><br>     PLAINTIFF, <br><br><br> VS. <br><br><br> MUNCHIE KEATON, AND <br> JEFFERY KNOX, <br><br>     DEFENDANTS. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:05-CV-1238-WKW <br> ) <br> ) <br> ) |

## MOTION FOR PRODUCTION OF DOCUMENTS

COMES NOW the plaintiff, Michael Johnson, by and through himself in thee above entitled cause and moves the defendants pursuant to Rule 26 and Rule 34 of the **Federal Rules of Civil Procedure**, to produce documents stated below to him at the Easterling Correctional Facility, 200 Wallace Drive, Clio, Alabama. Please note that thee term "documents" is defined broadly in the Federal Rules of Civil Procedure Rule 34(a)(1) and includes regulations, SOP's, Memoranda, Correspondence, and e-mails.

It is requested for the production of the following:

(1) Shift Duty Post Assignment Log for December 8, 2005, and/or all documents that contain, mention, contrue, or refer to the duty assignments for the Easterling Correctional facility gym, law library, dorm 7, and Officer Munchie Keaton, COI, for December 8, 2005. (See page 17 of the "Opposition ot the Defendant's Special Report".

(2) All documents written or created since December 8, 2005, that contain, mention, contrue, or refer to the confiscated legal work mentioned in the Plaintiff's original complaint reference but not limited to the following inmates:

    (a) Elmore Nichols          AIS# 129913

    (b) Donald Grier            AIS# 182885

    (c) Ahmad Williams         AIS# 209290

    (d) William Sashner        AIS# 105431

    (e) Christopher Jordan     AIS# 205989

    (f) Joe Rudolph             AIS# 188324

    (g) Leroy Wright           AIS# 107449

    (h) Charles Peterson       AIS# 193772

    (i) Rodney Johnson         AIS# 143497

(3) All documents that contain, mention, contrue, or refer to security shortages of officers for work to include but not limited to December 8, 2005.

(4) All documents that contain, mention, contrue, or refer to policies on gaining permission to aide other inmates with legal work and deeming legal documents as contraband.

(5) All documents as stated as follows: ADOC Regulation # 214 (See Opposition to the Defendant's Special Report, hereafter referred to as Opposition), at page 4 & 5. ADOC Regualtion # 302 (See Opposition) at page 5; ADOC Regulation # 306 (See Opposition) at page 16; ADOC Regulation #414 (See Opposition at page 8.

(6) All documents written or created concerning December 8, 2005, and thereafter, referring to the incident at hand, including ADOC Form 601 (Incident Report), disciplinary reports and/or citations, and such other documents prepared by the institutional staff and their agents.

(7) All other documents, items of evidence, or sworn or unsworn statements of affidavits that relate to the allegations made in the plaintiffs complaint.

Wherefore, the premises considered the plaintiff prays that these request are entered and forwarded to him as stated herein.

Respectfully submitted,

*Michael Johnson* (signature)

Michael Johnson
146037
200 Wallace Drive
Clio, Alabama 36017