IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL JOHNSON, #146037, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1238-WKW |
| | ) |
| MUNCHIE KEATON, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the *motion for production of documents* filed by the plaintiff on March 28, 2006 (Court Doc. No. 17), and as the documents sought therein are either irrelevant to a determination of the claims presented in the complaint or would be cumulative to evidentiary materials submitted by the defendants, it is

**ORDERED** that this motion be and is hereby **DENIED.**

Done this 29th day of March, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE