RECEIVED
2006 APR -4  A 9: 24
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL JOHNSON, | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) 2:05-CV-1238-WKW |
| | ) |
| MUNCHIE KEATON, ET AL., | ) |
| DEFENDANTS. | ) |

## MOTION TO SUPPLEMENT THE RECORD

COMES NOW the plaintiff, Michael Johnson, by and through himself in the above entitled cause and moves this Honorable Court pursuant to Rule 15 of the Federal Rules of Civil Procedure, to supplement the record with Plaintiff's Exhibit H (Pages 1 through 11) - Affidavit of Elmore Nichols, Jr. and Court Attachments. The Plaintiff states in support the following:

Plaintiffs Exhibit H, demonstrates that Inmate Nichols was hindered due to the retaliatory measures used by the defendants by confiscating legal documents.

Wherefore, the premises considered, the Plaintiff prays that this Court grant this motion in all respects, and accept Plaintiff's Supplements.

Respectfully submitted,

*[signature]*

Michael Johnson
146037
200 Wallace Drive
Easterling Correctional Facility
Clio, Alabama 36017-2615

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Alabama Attorney General, by placing a copy of the same in the prison mail room, postage prepaid on this 27th day of March, 2006.

*[signature]*
Plaintiff

Respectfully submitted,

*[signature]*

Michael Johnson
146037
200 Wallace Drive
Easterling Correctional Facility
Clio, Alabama 36017-2615

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Alabama Attorney General, by placing a copy of the same in the prison mail room, postage prepaid on this 27th day of March, 2006.

*[signature]*
Plaintiff