PLAINTIFF'S EXHIBIT H
PAGES 1 thru 11

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED
2006 APR -4 A 9:23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| MICHAEL JOHNSON, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 2:05-CV-1238-WKW |
| JEFFERY KNOX, et al., ) | |
| Defendants. ) | |

## AFFIDAVIT

STATE OF ALABAMA  )

COUNTY OF BARBOUR )

My name is Elmore Nichols, Jr., AIS # 129913. I am presently incarcerated in the Alabama Prison System at Easterling Correctional Facility (ECF) located in Clio, Alabama, Barbour County. I am over the age of 21, and being first duly sworn,

deposes as follows:

On or about December 8, 2005, the Defendants in the above-styled cause, confiscated certain legal materials (documents) including legal research belonging to me, Elmore Nichols, Jr., from Easterling Correctional Facility's Inmate Law Clerk Michael Johnson, the Plaintiff in the above-styled cause. The confiscated materials and legal research was directly relevant to my federal habeas corpus action presently pending in the United States District Court Northern District of Alabama (Birmingham), and that the confiscation hindered the law clerk, Michael Johnson, from assisting me, and hindered my ability to prosecute the action.

(2)

My legal materials was returned back to me on December 19, 2005, and only after I petitioned the court to intervene. Please see documents attached to this affidavit. It is not a rule violation for an inmate to seek assistance from the Inmate Law Clerk.

Respectfully submitted,

*Elmore Nichols, Jr.*
Elmore Nichols, Jr.
AIS # 129913 / 5A-20
P.O. Box 10
Clio, Alabama 36017

Sworn to before me this  24  day of  March ,
2006.

My Commission Expires
 5-7-2006                      _____
                                Notary Public

FILES

December 15, 2005

2005 DEC 19 PM 3:53

  COURT
  ...  ALABAMA

Clerk, U.S. District Court
1729 - 5th Avenue North
Birmingham, Alabama 35203 - 2040

Re: Nichols v. DeLoach, et al.,
    CV - 2005 - 2112 - S

Dear Clerk:

   My name is Elmore Nichols, Jr., the Petitioner in the above referenced matter.
   Would you please file the enclosed letter? My entire case file regarding the above referenced matter has been confiscated by prison staff here at Easterling Correctional Facility. I have a Motion pending before the Court concerning this matter.

   As always, your help is appreciated.

                                    Thank you,

                                    Elmore Nichols, Jr.

FILED

December 15, 2005

2005 DEC 19 PM 3:53

               COURT
N.D. OF ALABAMA

Mr. Jeffery Knox, Captain
Easterling Correctional Facility
Clio, Alabama 36017

Re: Return Of Legal Documents

Dear Captain Knox:

My name is Elmore Nichols, AIS # 129913. Please return to me my legal documents. It is not a rule violation to seek assistance from the inmate law clerk. I am in dire need of my legal documents, including court orders confiscated with these documents, in order to meet a December 19, 2005 court deadline, which is now impossible.

As always, your help is appreciated.

cc: U.S. District Court
    Northern District
    cv-05-2112-S

Cordially,

Elmore Nichols, Jr.