IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL JOHNSON, #146037, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1238-WKW |
| | ) |
| MUNCHIE KEATON, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to supplement the record filed by the plaintiff on April 4, 2006 (Court Doc. No. 19), and as the documents attached to this motion relate to the confiscation of a fellow inmate's legal materials from the plaintiff and are therefore irrelevant to a determination of whether the defendants violated the plaintiff's constitutional rights, *see Shaw v. Murphy*, 532 U.S. 223, 226 (2001) (inmate does not possess any special First Amendment right to provide legal assistance to his fellow inmates), it is

ORDERED that the motion to supplement be and is hereby DENIED.

The Clerk is DIRECTED to return to the plaintiff the exhibits attached to the motion to supplement.

Done this 10th day of April, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE