IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL JOHNSON, #146037, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1238-WKW |
| | ) |
| MUNCHIE KEATON, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the *motion for reconsideration* filed by the plaintiff on April 12, 2006 (Court Doc. No. 21), in which the plaintiff seeks reconsideration of the March 29, 2006 order (Court Doc. No. 18) denying his motion for production of documents, and as the challenged order is neither clearly erroneous nor contrary to law, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this    13th   day of April, 2006.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE