IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA.

RECEIVED

MICHAEL JOHNSON,

Plaintiff,

2006 DEC -7 A 9: 55

Vs.

CIVIL ACTION NO.

CV-1238-WKW

JEFFERY KNOX, et al.,

Defendants.

## MOTION TO AMEND AND/OR SUPPLEMENT
## PLAINTIFF'S COMPLAINT

Comes now the plaintiff, Michael Johnson, by and through himself in the above entitled cause and moves this Honorable Court to allow Amendment And/Or To Supplement his civil complaint pursuant to the Federal Rules of Civil Procedure, Rule 15(a). The plaintiff's injury suffered is on going and the following is stated in support:

The claims support the previous issues filed in this Court, and were not identified until after the filing of the original complaint.

The claims to be amended also demonstrate that the defendant did use actions described by plaintiff to retaliate against him, and is currently retaliating, thus, creating an Equal Protection Violation in doing so.

WHEREFORE, the premises considered, the plaintiff hereby request permission, by leave of this Court to amend his complaint herein.

DATED: 1 Dec. 06                    Respectfully Submitted,

Michael Johnson

Michael Johnson
146037 (ECF 7A-98)
200 Wallace Drive
Clio, Alabama 36017