IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL JOHNSON, #146037, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-1238-WKW |
| | ) |
| MUNCHIE KEATON, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to amend filed by the plaintiff on December 7, 2006 (Court Doc. No. 23), in which the plaintiff seeks to present claims for relief related to actions which occurred on September 25, 2006 and November 16, 2006, it is

ORDERED that the motion for to amend be and is hereby DENIED.

The plaintiff is advised that if he seeks to challenge the actions referenced in this motion to amend me may do so by filing a separate 42 U.S.C. § 1983 action.

Done this 7th day of December, 2006.

                                                /s/ Delores R. Boyd
                                        DELORES R. BOYD
                                        UNITED STATES MAGISTRATE JUDGE