IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL JOHNSON, #146037** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | )   **2:05-CV-1238-WKW-TFM** |
| **MUNCHIE KEATON, ET AL.** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |
| | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, *Munchie Keeton and Jeffery Knox*, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    XX    This party is an individual, or

    XX    This party is a governmental entity (in official capacities), or

There are no entities to be reported, or

The following entities and their relationship to the party are hereby reported:

Reportable Entity                                 Relationship to Party

_____  _____

_____  _____

                                                             Respectfully submitted,

                                                             TROY KING
                                                             Attorney General

                                                             /s/ Jeffery H. Long
                                                             Jeffery H. Long (LON015)
                                                             Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax
jlong@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 18th day of January, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Michael Johnson, AIS 146037
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017-2615

/s/ Jeffery H. Long
Jeffery H. Long
Assistant Attorney General