IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL JOHNSON, #146037

    PLAINTIFF,

V.                             CASE NO. 2:05-CV-1238-MHT
                                   [WO]

MUNCHIE KEATON, et al.,

    DEFENDANTS.

## MOTION FOR EXTENSION OF TIME

COMES NOW the Plaintiff, Michael Johnson, by and through himself in the above entiled cause and respectfully submits a plea to this Court to issue an "Extension of Time" order for the Plaintiff to respond to the "Recommendation of the Magistrate Judge". The Plaintiff states in support the following:

The Plaintiff has acknowledged the order that he has until August 25, 2008 to file his objections clearly identifying the findings in the Magistrate Judge's Recommendation to which the party is objecting.

The Plaintiff will not be capable of perfecting his pleadings on or before August 25, 2008, and will need an extension of time in the amount of 30 days.

The Plaintiff is suffering from medical problems in which is now affecting his ability to move around and function. The Plaintiff is having hemorrhoid problems, which is caused by enlargement of the superficial veins, and has protruded from the anus causing discomfort

RECEIVED
2008 AUG 28 A 10: 43
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

by strangulation.

This problem may have to eventually be removed, however, before that point happens, medical officials will try alternative less costly elements which will give the Plaintiff some comfort so that he will be capable of completing his pleadings. The Plaintiff currently has prepared three pages of which may be nine. However, the discomfort he is experiencing at the present, will not allow him to perfect his pleading before the ordered date.

Plaintiff understands that this is an unusual request, however, asserts that it is necessary under the circumstances, especially since Plainitff believes in his civil action, and believes that he was placed at a higher standard to prove his claims.

Wherefore, the premises considered the Plaintiff prays that this court allow an extension of 30 days in order for Plaintiff to perfect his "Opposition to the Recommendation of the Magistrate Judge".

Dated: August 21, 2008

Respectfully submitted,

Michael Johnson
146037 (D1-42A)
200 Wallace Drive
Easterling Correctional Facility
Clio, Alabama 36017


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Office of

the Honorable Jeffery H. Long, Assistant Attorney General, at 11 South Union Street, Montogmery, Alabama 36130, by placing a copy of the same in the Prison Mail System, for United States Mail, postage prepaid on this 21st day of August, 2008.

*Michael J*
Michael Johnson, Plaintiff

Michael Jefferson 146037
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017



Office of The Clerk
U.S. District Court
P.O. Box 711
Montgomery, Alabama
36130

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."